(8 Misc. Rep. 463.)

### ZLOTOVSKY v. TWENTY-THIRD ST. RY. CO.

(Superior Court of New York City, General Term.   May 7, 1894.)

CONTRIBUTORY NEGLIGENCE—INJURIES TO CHILDREN.
   Where a boy 14 years and 10 months old was guilty of negligence contributing to his injuries, his complaint in an action to recover therefor was properly dismissed.

Appeal from jury term.

Action by Henry Zlotovsky, by guardian ad litem, against the Twenty-third Street Railway Company for personal injuries.   From a judgment entered on the dismissal of the complaint, and from an order denying a motion for a new trial, plaintiff appeals.   Affirmed.

Argued before FREEDMAN and McADAM, JJ.

M. Altmayer, for appellant.

Robinson, Biddle & Ward, for respondent.

PER CURIAM.   The action was brought to recover damages for injuries received in being run down by one of defendant's cars.   At the time of the injury the plaintiff was about 14 years and 10 months of age, and a messenger boy in the employ of the American District Telegraph Company.   He was clearly sui juris.   His complaint was dismissed at the trial because it appeared affirmatively that he had been guilty of negligence which contributed to the injury.   The learned trial judge, on making this ruling, stated his reasons at length for holding as he did, and they were justified by the state of the evidence.   It is not necessary to restate them here.   The complaint was therefore properly dismissed.   The judgment and order should be affirmed, with costs.